**Coblentz Patch Duffy & Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
T 415 391 4800
coblentzlaw.com

Richard R. Patch
D (415) 772-5722
rpatch@coblentzlaw.com

February 3, 2025

**VIA ECF FILING & EMAIL**

Andrew J. Shamis
Leanna A. Loginov
Edwin E. Elliott
SHAMIS & GENTILE, P.A.
14 NE First Avenue, Suite 705
Miami, FL 33132
Email:  ashamis@shamisgentile.com
　　　　lloginov@shamisgentile.com
　　　　edwine@shamisgentile.com

Jeffrey D. Kaliel
Sophia Goren Gold
KALIELGOLD PLLC
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Email:  jkaliel@kalielpllc.com
　　　　sgold@kalielgold.com

Adam A. Schwartzbaum
EDELSBERG LAW, PA
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Email:  adam@edelsberglaw.com

Re:　　*Nerye Aminov, et al. v. DraftKings Inc.* (E.D.N.Y. Case No. 24-cv-8472)

Dear Counsel:

We represent DraftKings Inc. in the above-captioned matter.

Per Rule 3(D) of Judge Brodie's Individual Practices and Rules, we are serving you with the following papers, to be filed when DraftKings Inc.'s Motion to Dismiss is fully briefed:

　　　1.  Notice of DraftKings Inc.'s Motion to Dismiss;

Coblentz
Patch Duffy
& Bass LLP

February 3, 2025
Page 2

  2.  Memorandum of Law in Support of DraftKings Inc.'s Motion to Dismiss;

  3.  Declaration of Gary Wimbridge in Support of Defendant DraftKings Inc.'s Motion to Dismiss.

Very truly yours,

Richard R. Patch

RRP