UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NERYE AMINOV, individually and on behalf
of all others similarly situated,

                          Plaintiff,                      JUDGMENT

    v.

                                                24-CV-8472 (MKB)

DRAFTKINGS, INC.,

                          Defendant.
-----------------------------------------------------------------X

        A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on July 28, 2025, granting Defendant's motion; and dismissing the Complaint; it is

        ORDERED and ADJUDGED that Defendant's motion is granted; and that the Complaint is dismissed.

Dated: Brooklyn, New York                                Brenna B. Mahoney
       July 29, 2025                                        Clerk of Court

                                                    By:    */s/Jalitza Poveda*
                                                              Deputy Clerk